768 February 14, 2024 No. 104

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of J. L. E., aka J. E.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

J. L. E.,
aka J. E.,
*Appellant.*

Baker County Circuit Court
23CC02553; A181406

Matthew B. Shirtcliff, Judge.

Submitted January 5, 2024.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Emily N. Snook, Assistant Attorney General, filed the brief for respondent.

Before Aoyagi, Presiding Judge, Joyce, Judge, and Jacquot, Judge.

PER CURIAM

Reversed.

**PER CURIAM**

Appellant seeks reversal of a judgment committing her to the custody of the Oregon Health Authority for a period not to exceed 180 days. The trial court entered that judgment after finding that, due to a mental disorder, appellant is unable to provide for her basic personal needs and is not receiving care necessary to avoid serious physical harm in the near future. *See* ORS 426.005(1)(f)(B). On appeal, appellant argues that the evidence was legally insufficient to support a basic-needs commitment and, alternatively, that the trial court plainly erred in failing to advise her of her rights as required by ORS 426.100(1). The state concedes that the trial court plainly erred by failing to advise appellant of the possibility of voluntary treatment and that reversal is warranted. We agree and accept the state's concession. *See State v. M. M.*, 288 Or App 111, 116, 405 P3d 192 (2017) (trial court's failure to advise appellant of all of the possible results of civil commitment proceeding is plain error). For the reasons stated in *M. M.*, we exercise our discretion to correct the error and reverse on that basis. *Id.* Given our disposition, we need not address the legal sufficiency of the evidence for the basic-needs determination.

Reversed.